CHARLES F. BACHMAN, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 40008. Promulgated October 14, 1930.

*Howard Doyle, Esq.*, for the petitioner.
*W. Frank Gibbs, Esq.*, for the respondent.

OPINION.

MURDOCK: The petitioner seeks to deduct the $5,000 from his gross income for the year 1924. The respondent now takes the position that the deduction should be prorated over the term of the twenty-year lease. Counsel for the petitioner relies principally upon the case of *Robert H. McNeill*, 16 B. T. A. 479, but that case has since been overruled. See *James M. Butler*, 19 B. T. A. 718. The petitioner has failed to show that he is entitled to any greater deduction than the respondent is willing to give him by prorating the $5,000 over the term of the lease. Cf. *Julia Stow Lovejoy*, 18 B. T. A. 1179; *Bonwit Teller & Co.*, 17 B. T. A. 1019; *Roby Realty Co.*, 19 B. T. A. 696; *James M. Butler, supra; Evalena M. Howard et al.*, 19 B. T. A. 865; *Central Bank Block Association*, 19 B. T. A. 1183; *S. M. Clawson*, 19 B. T. A. 1253.

> *Judgment will be entered for the respondent and the deficiencies will be found in accordance with the stipulation.*